Inez Carlson, appellee, v. Peoples Gas Light & Coke Company, appellant, impleaded with Harold Cusack. Gen. No. 30,619.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. W. P. Steffen, Judge, presiding. Heard in the second division of this court for the first

district at the October term, 1925.  Reversed and remanded.  Opinion filed May 25, 1926.

Cooke, Sullivan & Ricks, for appellant; Oliver R. Barrett, of counsel.  C. Helmer Johnson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.